# IN THE
# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| CHRISTOPHER L. PARKER,<br>    Plaintiff,<br><br>v.<br><br>GLENN JACKSON and ERNIE VANZANT,<br>    Defendants. | Case No. 1:17-cv-01478-JES-JEH |

## ORDER

Before the Court is the Plaintiff, Christopher Parker's, Motion for Preliminary Injunction. (D. 33).[1] His Motion is DENIED. The entire substance of the Motion is as follows: "Plaintiff moves this court to enter a preliminary injunction on the application of 730 ILCS 5/3-14-2.5(d) & (e). A preliminary injunction is necessary to stop the violation of my US Constitutional rights as soon as possible." *Id*.

In order to determine whether preliminary injunctions are warranted, district courts engage in a sequential, two-phase analysis involving a threshold phase and a balancing phase. *Girl Scouts of Manitou Council, Inc. v. Girl Scouts of U.S. of Am. Inc.*, 549 F. 3d 1079, 1085-86 (7th Cir. 2008). In the threshold phase, the party seeking the injunction—here, the Plaintiff—must satisfy three requirements. *Id*. at 1086. "First, that absent a preliminary injunction, it will suffer irreparable harm in the interim period prior to final resolution of its claims. Second, that traditional legal remedies would be inadequate. And third, that its claim has some likelihood of succeeding on the merits." *Id*. If the movant fails to demonstrate any one of the three threshold requirements,

---

[1] Citations to the Docket in this case are abbreviated as "D. __."

the injunction must be denied, and the Court need not proceed to the balancing phase portion of the analysis. *Id*.

In this instance, the Plaintiff fails to establish that any of the required elements are present. His mere request for a preliminary injunction, quoted in full above, is far too deficient to survive the threshold phase. As such, the Plaintiff's Motion for Preliminary Injunction (D. 33) is DENIED.

*It is so ordered.*

Entered on April 16, 2018

s/ James E. Shadid
James E. Shadid
Chief United States District Judge